Tyler D. Williams      [ISB No. 8512]
Reid K. Peterson      [ISB No. 10091]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: tdw@naylorhales.com; reid@naylorhales.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TY JUSTIN WILLIAM WERENKA,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BOISE, a municipal corporation;<br>CORPORAL NORMAN CARTER, in his<br>official and personal capacity; and OFFICER<br>AVERY WESTENDORF, in his official and<br>personal capacity,<br><br>        Defendants. | Case No: 1:23-cv-00275-BLW<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS (DKT. 25)** |

On May 3, 2024, Defendants filed a motion for sanctions based on Plaintiff's discovery failures. (Dkt. 25). Plaintiff's deadline to respond was May 24. *See* Dist. Idaho Loc. Civ. R. 7.1 (stating that a response brief must be filed within 21 days). He has failed to do so. Moreover, Plaintiff has still not produced appropriate initial disclosures or responded to discovery at all. The settlement conference scheduled for June 5 was thus vacated. Due to Plaintiff's ongoing and inexcusable dilatory conduct, Defendants ask that the Court grant their motion and order appropriate sanctions as set forth in their prior briefing.

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS - 1.**

DATED this 6th day of June, 2024.

NAYLOR & HALES, P.C.

By: */s/ Tyler D. Williams*
TYLER D. WILLIAMS, Of the Firm
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2024, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

- Johnathan Baldauf     johnathan@baldaufmasser.com
  Baldauf Masser, LLP
  *Attorney for Plaintiff*

*/s/ Tyler D. Williams*
TYLER D. WILLIAMS

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS - 2.**