Tyler D. Williams       [ISB No. 8512]
Reid K. Peterson        [ISB No. 10091]
NAYLOR & HALES, P.C.
Attorneys at Law
999 W. Main Street, Ste. 500
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: tdw@naylorhales.com; reid@naylorhales.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TY JUSTIN WILLIAM WERENKA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOISE, a municipal corporation; CORPORAL NORMAN CARTER, in his official and personal capacity; and OFFICER AVERY WESTENDORF, in his official and personal capacity,<br><br>    Defendants. | Case No: 1:23-cv-00275-BLW<br><br>**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT (DKT. 34)** |

On August 23, 2024, Defendants filed their Motion to Dismiss and/or for Summary Judgment (Dkt. 34). Plaintiff's response to the motion was due by September 13, 2024. *See* Dist. Idaho Loc. Civ. R. 7.1(c)(1). Plaintiff did not respond.[1] Due to Plaintiff's failure to respond, he has failed to meet his burden of proof that Cpl. Carter and Officer Westendorf are not entitled to qualified immunity.

---

[1] An "opposing party's failure to respond to a fact asserted in the motion permits a court to 'consider the fact undisputed for purposes of the motion.'" *Heinemann v. Satterberg*, 731 F.3d 914, 917 (9th Cir. 2013) (quoting Fed.R.Civ.P. 56(e)(2)); Dist. Idaho Loc. Civ. R. 7.1(e)(2). Accordingly, because Plaintiff failed to respond to Defendants' Motion, all material facts presented in Defendants' Statement of Facts (Dkt. 34-4) are undisputed.

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT - 1.**

When an officer asserts the defense of qualified immunity, the plaintiff bears the burden of proving the officer is not entitled to immunity. *Isayeva v. Sacramento Sheriff's Dep't*, 872 F.3d 938, 946 (9th Cir. 2017). Thus, where a plaintiff entirely fails to respond to summary judgment on the basis of qualified immunity, he fails to meet his burden of proof. *See id*. Plaintiff's failure here to respond to Defendants' Motion means that he has failed to satisfy his burden of proof in this case, and Defendants are entitled to summary judgment. Defendants therefore respectfully request the Court dismiss this action with prejudice.

DATED this 26th day of September, 2024.

                                NAYLOR & HALES, P.C.

                                By: */s/ Tyler D. Williams*
                                      TYLER D. WILLIAMS, Of the Firm
                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2024, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

- Johnathan Baldauf   johnathan@baldaufmasser.com
  Baldauf Masser, LLP
  *Attorney for Plaintiff*

                                      */s/ Tyler D. Williams*
                                      TYLER D. WILLIAMS