UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TY JUSTIN WILLIAM WERENKA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOISE, a municipal corporation; CORPORAL NORMAN CARTER, in his official and personal capacity; and OFFICER AVERY WESTENDORF, in his official and personal capacity ,<br><br>Defendants. | Case No. 1:23-cv-00275-BLW<br><br>**AMENDED JUDGMENT** |

In accordance with the Order filed at Dkt. 44, the Memorandum Decision and Order filed at Dkt. 39 awarding Defendants $3,939.30 in attorney's fees, and the Memorandum Decision and Order filed at Dkt. 41,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants in the judgment amount of $3,939.30 and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **March 27, 2025**

B. Lynn Winmill
U.S. District Court Judge

AMENDED JUDGMENT - 1